UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DORRELL E. GREEN,                   :
                                    :
            Plaintiff,              :
                                    :
     -v-                            :   10 Civ. 2180 (JSR)
                                    :
STi PREPAID, LLC,                   :   ORDER
                                    :
            Defendant.              :
------------------------------------:
                                    :
JED S. RAKOFF, U.S.D.J.             x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/10

On October 18, 2010, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court grant defendant STi Prepaid LLC's motion to dismiss in its entirety, and thereby dismiss plaintiff's amended complaint for lack of federal subject matter jurisdiction.

On October 27, 2010, pro se plaintiff Dorrell Green filed objections to the Report. On November 8, 2010, STi Prepaid LLC filed a response opposing Green's objections and endorsing the conclusions of the Report.

Accordingly, the Court reviewed plaintiff's objections and the underlying record de novo. Having done so, the Court finds itself in complete agreement with the well-reasoned Report, which the Court hereby adopts by reference. Thus, for the reasons stated in the Report, the Court hereby grants the motion and dismisses

plaintiff's claims in their entirety, with prejudice.  Clerk to enter judgment.

    SO ORDERED.

    Dated: New York, NY
           November 15, 2010

                                     JED S. RAKOFF, U.S.D.J.